ATTORNEYS AT LAW

# Thornton & Naumes LLP

100 Summer St. • 30th Floor • Boston, MA 02110 • 617-720-1333
Toll Free 800-431-4600   FAX# 617-720-2445
www.tenlaw.com

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Allyson S. Hauck

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

April 6, 2005

Ms. Elizabeth Smith, Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Boston, MA 02210

RE:   Vera Gropper v. Merck & Co., Inc., 05-10217-WGY

Dear Clerk,

I am writing in regards to our conversation today addressing the Scheduling Conference previously scheduled for April 11, 2005 in this matter. You confirmed that because this case was on a conditional transfer to the United States District Court for the Eastern District of Louisiana, pursuant to an order from by the Judicial Panel on the Multi-District Litigation (MDL), the Scheduling Conference has been cancelled.

Thank you for your assistance in this matter.

Very Truly Yours,

Allyson S. Hauck

cc:   Brad Abruzzi, Esq.
      James Dillion, Esq.

