IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 11  P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

VERA GROPPER,

    Plaintiff,

v.

MERCK & CO., INC., and John and Jane Does, as Sales Representatives for MERCK & CO, INC.,

    Defendants.

CIVIL ACTION No. 05-10217-WGY

## JOINT NOTICE OF TRANSFER TO MDL-1657

Counsel for the Plaintiff and Defendant Merck & Co., Inc. jointly submit to the Court this Notice of Transfer.

On March 10, 2005 the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Conditional Transfer Order that, pending objections from the parties, would transfer this case to *In re VIOXX Products Liab. Litig.* (MDL-1657), a coordinated proceeding that the Panel created and assigned to Judge Eldon E. Fallon in the Eastern District of Louisiana. *See* Conditional Transfer Order, attached as Exhibit A. Neither party objected to the transfer by the appointed March 25, 2005 deadline, and the case is now transferred to the MDL Court.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| VERA GROPPER | MERCK & CO, INC. |
| By her attorneys, | By its attorneys, |
| */s/ David C. Strouss* | */s/ James J. Dillon* |
| David C. Strouss (BBO# 546253) | James J. Dillon (BBO# 124660) |
| Allyson S. Hauck (BBO# 659547) | Bradley E. Abruzzi (BBO# 651516) |
| THORNTON & NAUMES LLP | FOLEY HOAG LLP |
| 100 Summer Street, 30th Floor | 155 Seaport Boulevard |
| Boston, MA 02110 | Boston, MA 02210 |
| (617)720-1333 | (617) 832-1000 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT MERCK & CO., INC. |
| Dated April 8, 2005 | |

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 4/8/05