


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
POST OFFICE & COURTHOUSE BUILDING
BOSTON, MASSACHUSETTS 02109
TELEPHONE: 617-223-9152

TO:  Loretta G. Whyte, Clerk
USDC-Eastern District of Louisiana
500 Poydras Street-Room C-151
New Orleans, LA 70130

RE:
MDL #   1657
OUR CIVIL ACTION #  05-1276 L (3)
YOUR CIVIL ACTION #  1:05-10217

Dear Clerk:

Pursuant to the Conditional Transfer Order of the Multidistrict Litigation Panel dated  2/16/05  regarding the above referenced action pending in this district, the following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Copy of the transfer order;

(   )   Original documents numbered _____

( X )   Certifed Copy of the Complaint

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON, CLERK

Date:  4/15/05          By: /s/ Marie Bell
                              Deputy Clerk

cc:   Counsel, File

The documents listed above were received by me on _____.

By:_____
Deputy Clerk

(mdltrans.ltr - 3/10/97)